BNDAOR,INTERPRETER

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:22−mj−02020−AOR−1

| | |
|---|---|
| Case title: USA v. Garcia Tela et al | Date Filed: 01/05/2022 |
| | Date Terminated: 01/05/2022 |

Assigned to: Magistrate Judge Alicia M. Otazo−Reyes

### Defendant (1)

**Benicio Garcia Tela**  represented by  **Noticing FPD−MIA**
02670−506                                   305−530−7000
*YOB: 1961; Spanish*                        Email: MIA_ECF@FD.org
*TERMINATED: 01/05/2022*                    *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 46:U.S.C.§70503(a)and 70506 (a)and(b)CONSPIRACY WITH INTENT TO DISTRIBUTE FIVE (5)KILOGRAMS OR MORE OF COCAINE AND 1000 KILOGRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF MARIJUANA WHILE ON BOARD A VESSEL | |

SUBJECT TO THE JURISDICTION
OF THE UNITED STATES

---

**Plaintiff**

USA      represented by    **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/05/2022 | 1 | | Magistrate Removal of Criminal Complaint from MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION) Case number in the other District 8:21−MJ−2251−AEP as to Benicio Garcia Tela (1), Dane Dagmar Hains Cuthbert (2), Carlos Miguel Villegas Ramirez (3), Emmanuel Curbelo Taylor (4). (at) (Entered: 01/05/2022) |
| 01/05/2022 | 2 | | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo−Reyes: Initial Appearance as to Benicio Garcia Tela held on 1/5/2022. Bond recommendation/set: Benicio Garcia Tela (1) STIPULATED $250,000 Corporate Surety Bond with Nebbia with the right to revisit (NO HEARING HELD). Date of Location Custody (Arrest or Surrender): 1/4/2022. Defendant WAIVED Removal and Ordered Removed to the Middle District of Florida. Spanish Interpreter present. Attorney added: Noticing FPD−MIA for Benicio Garcia Tela (Digital 14:14:24, 15:31:36, 15:42:06)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence− that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Alicia M. Otazo−Reyes on 1/5/2022. (fbn) (Entered: 01/06/2022) |
| 01/05/2022 | 7 | | WAIVER OF REMOVAL HEARING by Benicio Garcia Tela (at) (Entered: 01/07/2022) |
| 01/05/2022 | 8 | | COMMITMENT TO ANOTHER DISTRICT as to Benicio Garcia Tela. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Alicia M. Otazo−Reyes on 1/5/2022). *(See attached document for full details).* (at) (Entered: 01/07/2022) |
| 01/07/2022 | 6 | | Invocation of Right to Silence and Counsel by Benicio Garcia Tela (Ferrer, Aimee) (Entered: 01/07/2022) |

FILED BY KS D.C.
Jan 5, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| BENICIO GARCIA TELA, DANE DAGMAR HAINS CUTHBERT, CARLOS MIGUEL VILLEGAS RAMIREZ, and EMMANUEL CURBELO TAYLOR | ) ) ) ) ) |
| *Defendant(s)* | |

Case No. 8:21-mj-2251-AEP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 16, 2021** in the county of **Hillsborough** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b) | Conspiracy with intent to distribute five (5) kilograms or more of cocaine and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:

See affidavit attached.

☑ Continued on the attached sheet.

*Complainant's signature*

Charles M. Russell, Special Agent, CGIS
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 12/30/21

*Judge's signature*

City and state: Tampa, FL     ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

3

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Charles M. Russell, being duly sworn, depose, and state:

### Introduction and Agent Background

1. I am a Special Agent with the Coast Guard Investigative Service ("CGIS"), and have been employed by CGIS since 1997. Since February of 2020, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: the Drug Enforcement Administration ("DEA"), the Federal Bureau of Investigation ("FBI"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), CGIS, the United States Coast Guard ("USCG"), and the United States Attorney's Office of the Middle District of Florida. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

2. From 1997 through 2020, I was a CGIS Agent working in maritime counter-narcotic assignments in New Orleans, LA; Seattle, WA; San Diego, CA and Tampa, FL. Prior to being assigned to CGIS, I was employed as an enlisted member of the United States Coast Guard which included an assignment to a Coast Guard Cutter in Key West, FL that focused on maritime counter-narcotic missions.

## Statutory Authority

3. I submit this affidavit in support of a criminal complaint charging that beginning on an unknown date and continuing through on or about December 16th 2021, while aboard a vessel subject to the jurisdiction of the United States, the defendants, BENICIO GARCIA TELA, DANE DAGMAR HAINS CUTHBERT, CARLOS MIGUEL VILLEGAS RAMIREZ, and EMMANUEL CURBELO TAYLOR, did knowingly and willfully combine, conspire, and agree with each other and with other persons, to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(B)(ii) and (b)(1)(G).

4. The averments contained in this Affidavit are based on my personal knowledge and/or reliable information related to me by other law enforcement officers with whom I have worked on this investigation. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me or other law enforcement agents concerning this investigation. I have included only those facts I believe are necessary to establish probable cause supporting the requested complaint.

2

## Probable Cause

5.      The United States Coast Guard ("USCG") has the authority under 14 U.S.C. § 522 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

6.      On December 16th 2021, while on routine patrol in the Eastern Pacific Ocean in international waters, a maritime patrol aircraft spotted a target of interest (TOI), and the United States Coast Guard Cutter (USCGC) STONE was diverted to intercept. A helicopter from the USCGC STONE, as well as a small boat (OTH) and a long-range intercept (LRI) boat were launched to intercept the TOI, an unknown go-fast vessel (GFV), in international waters, approximately 185 nautical miles NW of the coast of Colombia. The USCGC STONE requested from Coast Guard District 11 Command and received a statement of no objection (SNO) and use of force authorization up to and including warning shots and/or disabling fire on a vessel reasonably suspected of being without nationality, and displaying no indicia of nationality, located in international waters, and operating in a known drug trafficking area with a tarp over the vessel for concealment. The boarding team was able to gain positive control over the GFV with officer presence. The USCGC STONE small boat conducted a right of visit (ROV) boarding.

7.      During the ROV boarding, the boarding team identified the following crewmembers on board the suspect GFV: BENICIO GARCIA TELA, Honduran; DANE DAGMAR HAINS CUTHBERT, Nicaraguan; CARLOS MIGUEL

3

VILLEGAS RAMIREZ, Costa Rican; and EMMANUEL CURBELO TAYLOR, Honduran.

8. There was no claim of nationality made for the vessel and one crewman was identified as the person in charge (PIC)/master of the suspect GFV. There was no name or flag state or other indicia of nationality. Based on the ROV boarding, Coast Guard District 11 authorized treating the GFV as stateless and therefore subject to the laws of the United States. The USCG boarding team then conducted a full law enforcement boarding.

9. During the law enforcement boarding, the boarding team examined packages on deck in plain view. The USCG boarding team conducted two tests of a green leafy substance utilizing narcotic identification test kits (NIK) indicating the substance tested positive for marijuana. The USCGC STONE requested and received permission to seize the contraband and treat the four crewmembers as detainees. Additionally, once on board the USCGC STONE, two additional NIK tests were run on a white powder found on some of the packages transferred to the cutter. These NIK tests were positive, indicating the presence of cocaine. Ultimately the USCGC STONE reported that the contraband from the GFV had an at-sea weight of 147 kilograms of cocaine, and 4,870 lbs. of marijuana.

## Conclusion

10. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that the following four defendants named herein, BENICIO GARCIA TELA, DANE DAGMAR HAINS CUTHBERT, CARLOS

4

MIGUEL VILLEGAS RAMIREZ, and EMMANUEL CURBELO TAYLOR, while aboard a vessel subject to the jurisdiction of the United States, knowingly and willfully combined, conspired, and agreed with each other and with other persons to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(B)(ii) and (b)(1)(G).

Charles M. Russell
Special Agent, CGIS

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41 (d) (3), before me this 30th day of December, 2021.

ANTHONY E. PORCELLI
United States Magistrate Judge

5

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Emmanuel Curbelo Taylor | ) Case No. 8:21-mj-2251-AEP |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Emmanuel Curbelo Taylor,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, while on board a vessel subject to the jurisdiction of the United States. In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 12/30/21

*Issuing officer's signature*

City and state: Tampa, Florida    ANTHONY E. PORCELLI, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

9

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Benicio Garcia Tela | ) Case No. 8:21-mj-2251-AEP |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Benicio Garcia Tela,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, while on board a vessel subject to the jurisdiction of the United States. In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 12/30/21

*Issuing officer's signature*

City and state: Tampa, Florida          ANTHONY E. PORCELLI, United States Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

10

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Middle District of Florida

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Dane Dagmar Hains Cuthbert | ) | Case No. | 8:21-mj-2251-AEP |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dane Dagmar Hains Cuthbert,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ✔ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, while on board a vessel subject to the jurisdiction of the United States. In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 12/30/21

*Issuing officer's signature*

City and state: Tampa, Florida   ANTHONY E. PORCELLI, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

11

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| Carlos Miguel Villegas Ramirez | ) Case No. 8:21-mj-2251-AEP |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Carlos Miguel Villegas Ramirez,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine and 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, while on board a vessel subject to the jurisdiction of the United States. In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 12/30/21

*Issuing officer's signature*

City and state: Tampa, Florida — ANTHONY E. PORCELLI, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

12

# MINUTE ORDER

Page 14

## Magistrate Judge Alicia M. Otazo-Reyes

King Building Courthouse - 11th Floor   Date: 1/5/2022   Time: 2:00 p.m.

Defendant: 1) BENICIO GARCIA TELA   J#: 02670-506   Case #: 22-MJ-2020-OTAZO-REYES

AUSA: Marty Elfenbein   Attorney: AFPD - Aimee Ferrer

Violation: WARR/MD/FL COMPLAINT/Conspiracy with intent to distribute 5 kilo or more of cocaine and 1000 kilo or more of substance containing a detectable amount of marijuana while on board a vessel

Surr/Arrest Date: 1/4/2022   YOB: 1961

Proceeding: Initial Appearance   CJA Appt: ___

Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: 250k CSB nebb,2

Bond Set at: Stip 250k CSB nebbia   Co-signed by: ___

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone; ___ x's a week/month in person
☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: ___
☐ Other: ___

Language: Spanish

Disposition:
- Brady Warning
- Rights Sworn
- Indigent
- AFPD appt
- Deft waived removal + Ordered removed to the M/D FL

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___

D.A.R. 14:14:24, 15:31:36, 15:42:06   Time in Court: 12 min

s/Alicia M. Otazo-Reyes   Magistrate Judge

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-2020-OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENICIO GARCIA TELA,

    Defendant.

_____/

**DEFENDANT'S INVOCATION OF**
**RIGHTS TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to:  matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

        Respectfully Submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

BY:    s/*Aimee Ferrer*
        Aimee Ferrer
        Assistant Federal Public Defender
        Florida Bar No.: 17827
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130
        Tel: (305) 530-7000
        Email: aimee_ferrer@fd.org

# CERTIFICATE OF SERVICE

I HEREBY certify that on **January 7, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Aimee Ferrer*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-mj-2020-AOR

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

WAIVER OF REMOVAL HEARING

Defendant.
Benicio Garcia Tela /

I, Benicio Garcia Tela, charged in a proceeding pending in the M.D. Florida and having been arrested in the Southern District of Florida and taken before ALICIA M. OTAZO-REYES, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate and consent to the issuance of a warrant/order for my removal to the M.D. Florida where the aforesaid charge is pending against me.

DONE and ORDERED at Miami, Florida this 5th day of January, 2022.

_____
Witness

_____
Signature of Defendant

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Florida

Case No. 22-2020-AOR

UNITED STATES OF AMERICA,

v.

Benicio Garcia Tela   Charging District's Case No. 8:21-MJ-2251-AEP

(USM#          )

_____/

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __M/D FL__.

__Aimee Ferrer, AFD__ was appointed as counsel on behalf of the Defendant for proceedings in this District.

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on __1/5/22__.

_Alicia Otazo-Reyes_
Alicia M. Otazo-Reyes
United States Magistrate Judge

18